The NEW YORK ANNUAL CONFERENCE MINISTERS MUTUAL ASSISTANCE SOCIETY *v.* The EXECUTORS of JANE CLARKSON.

A bequest in a will was as follows: "I give and bequeath unto the New York Methodist Conference Society for the support of old worn out preachers the sum of three thousand dollars."

*Held*, under the evidence, that "The New York Annual Conference Ministers' Mutual Assistance Society" was the society intended by the testatrix, and entitled to receive the legacy.

On the 12th of May, 1848, Jane Clarkson, of the city of New Brunswick, in this State, died, leaving a will, dated October 5, 1843, by which, among other bequests, she bequeathed as follows: "I give and bequeath unto the New York Methodist Conference Society for the support of old worn out preachers the sum of three thousand dollars."

The bill is exhibited by "The New York Annual Conference Ministers' Mutual Assistance Society," against the executors of the will of Jane Clarkson for the recovery of this legacy. It states, that, as long ago as 1824, an unincorporated association existed in the Methodist Episcopal Church, within the bounds of the Ecclesiastical division in said Church known as the New York Annual Conference, then comprising parts of the States of New York and Connecticut, entitled "The New York Annual Conference Ministers' Mutual Assistance Society," the object of which was to raise funds for the relief of such of its members, who were all Ministers and Preachers of the Gospel, none but Preachers being permitted to be members, attached to and connected with said New York Conference, as were in necessitous circumstances through age, disease or other natural infirmity, as also the needy wives and children, widows and orphans of its members aforesaid. That afterwards, on the 14th of February, 1832, the said Association was incorporated by the Legislature of the State of New York, by the name of "The New York Annual Conference Ministers' Mutual Assistance Society."

That the Ministers of the Methodist Episcopal Church in the

United States are, each, required to be attached to an Annual Conference, which meets yearly, and the name of which is applied to the local division comprehending the residences of the Ministers attached thereto ; the Ministers within certain limits being said to belong to the New York Annual Conference ; and the division of the Church so established being likewise called The New York Annual Conference, in the ordinary language of members of the said Methodist Episcopal Church and of those acquainted therewith.

That the testatrix was a widow, without children or very near relatives, and was in the habit of attending divine worship in the Methodist Church at New Brunswick aforesaid, and of associating with persons familiar with the Methodist Episcopal Church and the institutions attached to the same ;and thus became acquainted with the existence of the complainants as a charitable Society, and with the object thereof before stated; of which object she frequently spoke in terms of high approbation.

That there was not, at the time of the making of said will, or of the death of the testatrix, nor had there ever been, any Society or Association, corporate or unincorporate, whose title or name was " The New York Methodist Conference Society for the support of old worn out Preachers," nor any Society or Association, corporate or unincorporate, called " The New York Methodist Conference Society," nor any Society or Association bearing any name more similar to either of said names than the name of the complainants ; nor was there, at the time of the making of the said will, or of the death of the testatrix, nor had there ever been any Society, corporate or unincorporate, of the members of the New York Conference of the Methodist Episcopal Church, which had for its object the expenditure of money for the support of old worn out Preachers, except the complainants ; nor was there any Society, corporate or unincorporate, composed of members belonging to the New York Conference aforesaid, having any title or name so similar to that by which the legatee of said legacy is described in said will as the Society who are the complainants in this bill.

The bill charges, that the testatrix, by the name or descrip-

tion used in the will, intended the Society who are the complainants.   That she intended to bequeath the said sum of $3,000 to a Society composed of persons belonging to, or the location of which was within the limits of the New York Annual Conference of the Methodist Episcopal Church, which had for its object the support of needy, superannuated Preachers of that Church, worn out by time and labor.   That the complainants are such a Society, and the only one having that object composed of persons belonging to, or the location of which is within the limits of said New York Annual Conference.   And the complainants submit, that the existing circumstances of the case, combined with the similarity of description, identify the complainants as the legatees intended; and that, unless the said legacy is decreed to the complainants, there is no Society entitled to receive it; and the charitable intent of the testatrix will utterly fail: no other Society having asserted any claim to it.

The complainants proffer a refunding bond, according to the statute.

An answer was put in; and depositions were taken and exhibits made on the part of the complainants.

*C. Parker*, for the complainants, cited 2 *P. Wms.* 140; 5 *Mason & Welsby*, 363; 16 *Conn. Rep.* 201; *Wigram on wills*, *pl.* 59; 4 *Barn. & Adolph.* 500.

*Blauvelt* and *P. D. Vroom*, contra.

THE CHANCELLOR.   The evidence shows, that the Methodist Episcopal Church in the United States is divided into Conferences, Districts, Circuits and Stations; that the Ministers having charge of churches must belong to a Conference, which meets annually, called an Annual Conference; that there are territorial boundaries to which the term Annual Conference is applied, as The New York Annual Conference; The New Jersey Annual Conference; that the words " Annual Conference " are used to designate the local division of the Church, and are also

used as meaning all the Preachers having charge of churches in that division of the Church.   There is, then, in the Methodist Episcopal Church, a body known as The New York Conference. The will sufficiently describes this body as The New York Methodist Conference.   As part of the corporate name of the complainants we have " The New York Annual Conference."   This is shown by the evidence to be a body or division of the Methodist Episcopal Church.   The words of the bequest sufficiently describe this New York Annual Conference.

The corporate name of the complainants denotes a Society of the Ministers of the New York Annual Conference for their mutual assistance.   The words of the bequest denote a Society of the New York Methodist Conference, (that is of Ministers of the New York Methodist Conference,) for the support of Preachers.

Upon the evidence in the case, I have no doubt that the complainants are the legatees intended by the will.

Decree for complainants.